# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN MCCARTHY, et al, ) | |
|     Plaintiffs, ) | |
| ) | |
| ) | Civil Action No. 3040312 |
| VS. ) | |
| ) | Judge Haynes |
| THE MIDDLE TENNESSEE ELECTRIC ) | Magistrate Griffin |
| MEMBERSHIP COOPERATIVE, et al, ) | |
|     Defendants. ) | |

## JOINT DESIGNATION OF RECORD ON APPEAL

Comes now lead counsel for all named Defendant Cooperatives, the Tennessee Valley Authority, and Plaintiffs, and jointly designate all entries contained on the civil docket for this matter. A copy of the official civil docket is attached hereto as Exhibit A.

See attached docket sheet.

                                            Respectfully submitted,

                                        /s/   Gerald Martin
                                        Gerald Martin, BPR 20193
                                        George Barrett, BPR 2672
                                        Douglas Johnston, BPR 5782
                                        Edmund L. Carey, Jr., BPR 1201
                                        Timothy Miles, BPR 21605
                                        BARRETT, JOHNSTON, AND PARSLEY
                                        217 2nd Avenue North
                                        Nashville, TN 37201
                                        *Attorneys for the Plaintiffs*

/s/  Harriet A. Cooper
Harriet A. Cooper, Esq.
Frank Lancaster, Esq.
Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, TN  37902-1401
*Attorney for Tennessee Valley Authority*

/s/  J. Richard Lodge, Jr.
J. Richard Lodge, Jr. Esq.
Russell S. Baldwin, Esq.
Bass, Berry, & Sims PLS
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001