McCarthy, et al v. Middle TN Electric, et al
Assigned to: District Judge William J. Haynes
Demand: $0
Cause: 15:1 Antitrust Litigation

Date Filed: 04/12/2004
Jury Demand: Both
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2004 | 1 | COMPLAINT (Summons(es) issued) Filing fee paid in the amount of $150, Receipt # 98206 (km) (Entered: 04/14/2004) |
| 04/12/2004 | 2 | NOTICE of Initial Case Management Conference: ICMC set for 2:00 on 6/7/04 before Judge Haynes. (km) (Entered: 04/14/2004) |
| 04/26/2004 | 3 | ATTORNEY APPEARANCE for defts Sequachee Valley and Volunteer Energy by John Harvey Cameron (km) (Entered: 04/27/2004) |
| 04/28/2004 | 4 | MOTION by deft Fayetteville Publi for summary judgment (km) (Entered: 04/29/2004) |
| 04/28/2004 | 5 | MEMORANDUM by deft Fayetteville Publi in support of motion for summary judgment [4-1] (w/attachments) (km) (Entered: 04/29/2004) |
| 04/28/2004 | 6 | AFFIDAVIT of Wayne Landreth re [4-1] (km) (Entered: 04/29/2004) |
| 04/30/2004 | 7 | ANSWER by deft Fayetteville Publi to [1-1] (gi) (Entered: 05/03/2004) |
| 05/06/2004 | 8 | ATTORNEY APPEARANCE for deft Middle TN Electric by James Carl Cope (km) (Entered: 05/06/2004) |
| 05/12/2004 | | PROPOSED Agreed Order that this matter should be dismissed with prejudice as to deft Fayetteville Public Utilities (km) (Entered: 05/12/2004) |
| 05/13/2004 | 9 | AGREED ORDER by Judge William J. Haynes Jr.: This matter is dismissed with prejudice as to deft Fayetteville Public Utilities; terminating party Fayetteville Publi. Motion for summary judgment [4-1] is rendered moot by the dismissal, and therefore, the motion for summary judgment is hereby stricken. |

| | | |
|---|---|---|
| | | (EOD 5/13/04) (cc: all counsel) (km) (Entered: 05/13/2004) |
| 05/20/2004 | 10 | ATTORNEY APPEARANCE for defts Middle TN Electric, Appalachian Electr, Caney Fork Electric, Chicasaw Electric, Cumberland Electric, Duck River Electric, Forked Deer Electr, Fort Loudon Holston Electric, Meriwhether Lewis, Mountain Electric, Pickwick Electric, Plateau Electric, Powell Valley Elect, Sequachee Valley, Southwest TN Electr, TN Valley Electric, Tri-County Electr, Tri-State Electri, Upper Cumberland Ele, Volunteer Energy & Gibson Electric Mem by J. Richard Lodge, Robert Dale Grimes, Russell S. Baldwin & Gregory T. Young. (dlt) (Entered: 05/21/2004) |
| 05/20/2004 | 11 | CORPORATE DISCLOSURE STATEMENT filed by defts Middle TN Electric, Appalachian Electr, Caney Fork Electric, Chicasaw Electric, Cumberland Electric, Duck River Electric, Forked Deer Electr, Fort Loudon Electri, Holston Electric, Meriwhether Lewis, Mountain Electric, Pickwick Electric, Plateau Electric, Powell Valley Elect, Sequachee Valley, Southwest TN Electr, TN Valley Electric, Tri-County Electr, Tri-State Electri, Upper Cumberland Ele, Volunteer Energy & Gibson Electric Mem (dlt) (Entered: 05/21/2004) |
| 05/28/2004 | 12 | ATTORNEY APPEARANCE for deft TVA by Harriet A. Cooper, Thomas C. Doolan and Frank H. Lancaster (km) (Entered: 05/28/2004) |
| 06/02/2004 | | PROPOSED Agreed Order that ICMC has been reset for 7/9/04 (km) (Entered: 06/03/2004) |
| 06/03/2004 | 13 | AGREED ORDER by Judge William J. Haynes Jr.: Case Management Conference set for 1:30 on 7/9/04. (EOD 6/3/04) (cc: all counsel) (km) (Entered: 06/03/2004) |
| 06/10/2004 | 14 | MOTION by deft TVA to dismiss (km) (Entered: 06/10/2004) |
| 06/10/2004 | 15 | MEMORANDUM by deft TVA in support of motion to dismiss [14-1] (km) (Entered: 06/10/2004) |
| 06/10/2004 | 16 | MATERIALS by deft TVA filed in support of TVA's motion to dismiss (w/attached exhibits A-J) (km) Modified on 06/10/2004 (Entered: 06/10/2004) |
| 06/10/2004 | 17 | MOTION by pltfs for extension of time to seek class certification until a scheduling order is in place (w/attached proposed order) (km) (Entered: 06/14/2004) |
| 06/14/2004 | 18 | MOTION by defts Middle TN Electric, Appalachian Electr, Caney Fork Electric, Chicasaw Electric, Cumberland Electric, |

| | | |
|---|---|---|
| | | Duck River Electric, Forked Deer Electr, Fort Loudon Electri, Holston Electric, Meriwhether Lewis, Mountain Electric, Pickwick Electric, Plateau Electric, Powell Valley Elect, Sequachee Valley, Southwest TN Electr, TN Valley Electric, Tri-County Electr, Tri-State Electri, Upper Cumberland Ele, Volunteer Energy and Gibson Electric Mem to dismiss (km) (Entered: 06/15/2004) |
| 06/14/2004 | 19 | MEMORANDUM by defts in support of motion to dismiss [18-1] (w/attached A-C) (km) (Entered: 06/15/2004) |
| 06/15/2004 | 20 | ORDER by Judge William J. Haynes Jr. granting motion for extension of time to seek class certification until a scheduling order is in place [17-1]. Pltfs shall file their motion for class certification and supportive pleadings on a date determined at the ICMC. (EOD 6/16/04) (cc: all counsel) (km) (Entered: 06/16/2004) |
| 06/16/2004 | 21 | RESPONSE by defts Middle TN Electric, Appalachian Electr, Caney Fork Electric, Chicasaw Electric, Cumberland Electric, Duck River Electric, Forked Deer Electr, Fort Loudon Electri, Holston Electric, Meriwhether Lewis, Mountain Electric, Pickwick Electric, Plateau Electric, Powell Valley Elect, Sequachee Valley, Southwest TN Electr, TN Valley Electric, Tri-County Electr, Tri-State Electri, Upper Cumberland Ele, Volunteer Energy and Gibson Electric Mem to [17-1] (km) (Entered: 06/16/2004) |
| 06/22/2004 | | PROPOSED Agreed Order that pltf shall have until 7/16/04 to respond to defts' motion to dismiss (km) (Entered: 06/23/2004) |
| 06/22/2004 | 22 | MOTION by pltfs for leave to respond to defts' motions to dismiss upon completion of limited discovery (km) (Entered: 06/23/2004) |
| 06/22/2004 | 23 | MEMORANDUM by pltfs in support of motion for leave to respond to defts' motions to dismiss upon completion of limited discovery [22-1] (km) (Entered: 06/23/2004) |
| 06/25/2004 | 24 | AGREED ORDER by Judge William J. Haynes Jr.: Pltfs shall file a motion seeking limited discovery by 6/22/04; Defts shall file response to pltfs motion within 10 days thereafter. Pltfs shall have until 7/16/04, to respond to defts' motions to dismiss [14-1] and [18-1] (EOD 6/25/04) (cc: all counsel) (km) (Entered: 06/25/2004) |
| 06/25/2004 | 25 | ORDER by Judge William J. Haynes Jr. granting motion for leave to respond to defts' motions to dismiss upon completion of |

| | | limited discovery [22-1]. (EOD 6/28/04) (cc: all counsel) (km) (Entered: 06/28/2004) |
|---|---|---|
| 07/01/2004 | 26 | MOTION by deft TVA to reconsider order granting pltfs' motion for leave to respond to defts' motions to dismiss upon completion of limited discovery (jb) (Entered: 07/01/2004) |
| 07/01/2004 | 27 | MEMORANDUM by deft TVA in support of motion to reconsider order granting pltfs' motion for leave to respond to defts' motions to dismiss upon completion of limited discovery [26-1] (w/attached exhs. A & B) (jb) (Entered: 07/01/2004) |
| 07/01/2004 | 28 | MOTION by defts (Cooperatives) for reconsideration of Order granting pltfs' motion for leave to respond to defts' motions to dismiss (km) (Entered: 07/02/2004) |
| 07/01/2004 | 29 | MEMORANDUM by defts (Cooperatives) in support of motion for reconsideration [28-1] (km) (Entered: 07/02/2004) |
| 07/02/2004 | 30 | ORDER by Judge William J. Haynes Jr. denying motion to reconsider order granting pltfs' motion for leave to respond to defts' motions to dismiss upon completion of limited discovery [26-1]. (EOD 7/1/04) (cc: all counsel) (km) (Entered: 07/02/2004) |
| 07/06/2004 | 31 | MOTION by defts to excuse certain corporate counsel from initial case mgt conference (mk) (Entered: 07/06/2004) |
| 07/07/2004 | | PROPOSED Case Management Order (dlt) (Entered: 07/07/2004) |
| 07/07/2004 | 32 | ORDER by Judge William J. Haynes Jr. granting motion to excuse certain corporate counsel from initial case mgt conference [31-1]. EOD 7/7/04 (cc: all counsel) (mk) (Entered: 07/07/2004) |
| 07/12/2004 | 33 | CLERK'S RESUME: Case Management Conference held 7/9/04 ; Court will hold off on the CMO to review deft's motion to dismiss. Court will set aside discovery pending ruling on motion to dismiss. C/R: Peggy Turner (km) (Entered: 07/12/2004) |
| 07/13/2004 | 34 | TRANSCRIPT of ICMC proceedings before Judge Haynes on 7/9/04; CR: Peggy Turner (km) (Entered: 07/13/2004) |
| 07/15/2004 | | PROPOSED Agreed Order re motions to dismiss (km) (Entered: 07/16/2004) |
| 07/16/2004 | 35 | FIRST AMENDED COMPLAINT [1-1] by pltfs; jury demand (km) (Entered: 07/19/2004) |

| 07/16/2004 | 36 | RESPONSE by pltfs to motion for reconsideration [28-1] (km) (Entered: 07/19/2004) |
|---|---|---|
| 07/16/2004 | 37 | AGREED ORDER by Judge William J. Haynes Jr. to extend the time for pltfs' to respond to defts' motions to dismiss [14-1] and [18-1] as outlined in this order. (EOD 7/19/04) (cc: all counsel) (km) (Entered: 07/19/2004) |
| 07/19/2004 | 38 | MAIL Returned by Atty Rowland's office re [24-1] and [25-1] addressed to Sidney R. Seals, counsel for deft Plateau Electric, P.O. Box 2111, 312 Gay Street, Knoxville, TN 37901 new address in system, resent to 407 East Second Avenue, P.O. Box 5031, Oneida, TN 37841-5031 (km) Modified on 07/20/2004 (Entered: 07/20/2004) |
| 08/04/2004 | 39 | ORDER by Judge William J. Haynes Jr.: Upon review of the file and the pending motions to dismiss, the Court STAYS all discovery pending further Order of the Court. Within 15 days of this Order, the pltfs shall file a response on three issues raised by the deft cooperatives' motion to dismiss. (EOD 8/5/04) (cc: all counsel) (km) (Entered: 08/05/2004) |
| 08/18/2004 |  | PROPOSED Agreed Order that defts shall have until 9/3/04 to serve their responses to pltf's amended complaint (km) (Entered: 08/19/2004) |
| 08/19/2004 | 40 | AGREED ORDER by Judge William J. Haynes Jr. that defts shall have until 9/3/04, to serve their responses to pltfs' amended complaint. (EOD 8/19/04) (cc: all counsel) (km) (Entered: 08/19/2004) |
| 08/19/2004 | 41 | RESPONSE by pltfs to certain issues raised in defts' motions to dismiss [14-1] and [18-1] (w/attached exhibits A & B) (km) (Entered: 08/20/2004) |
| 08/19/2004 | 42 | MOTION by pltfs for leave to amend pltfs' first amended class action complaint (w/attached second amended class action complaint) (km) (Entered: 08/20/2004) |
| 08/19/2004 | 43 | MEMORANDUM by pltf in support of motion for leave to amend pltfs' first amended class action complaint [42-1] (km) (Entered: 08/20/2004) |
| 08/31/2004 | 44 | RESPONSE by Cooperative defts to motion for leave to amend pltfs' first amended class action complaint [42-1] (w/attachment) (gi) (Entered: 08/31/2004) |
| 08/31/2004 | 45 | MOTION by Cooperative defts for leave to reply to pltfs' response to certain issues raised in defts' motions to dismiss |

| | | |
|---|---|---|
| | | (w/attached orig reply) (km) (Entered: 09/01/2004) |
| 08/31/2004 | | PROPOSED Agreed Order that defts shall have until and including 10 days from the Court's disposition of pltf's motion for leave to amend pltfs' first amended class action complaint filed 8/19/04 within which to serve their response to pltfs' complaint (km) (Entered: 09/01/2004) |
| 09/03/2004 | 46 | AGREED ORDER by Judge William J. Haynes Jr. extending time to answer for an additional 10 days after the Court's disposition on the Motion for Leave to Amend Complaint . (cc: all counsel) EOD 9/7/04 (hv) (Entered: 09/07/2004) |
| 09/03/2004 | 47 | ORDER by Judge William J. Haynes Jr. GRANTING motion for leave to reply to pltfs' response to certain issues raised in defts' motions to dismiss [45-1] (cc: all counsel) (hv) (Entered: 09/07/2004) |
| 09/03/2004 | 48 | REPLY by "Cooperative defts" to response to certain issues in motion to dismiss [18-1]. (hv) (Entered: 09/07/2004) |
| 12/02/2004 | 49 | MEMORANDUM OF THE COURT by Judge Haynes (cc: all counsel) EOD 12/3/04 (hv) (Entered: 12/03/2004) |
| 12/02/2004 | 50 | ORDER by Judge William J. Haynes Jr. for the reasons stated in the contemporaneously entered memorandum, GRANTING Cooperative defts' motion to dismiss [18-1]; the pltfs' derivative state law claims are dismissed without prejudice, but the federal law claims are dismissed with prejudice; GRANTING TVA's motion to dismiss [14-1] as to pltfs' federal law claims; dismissing case (cc: all counsel) EOD 12/3/04 (hv) (Entered: 12/03/2004) |
| 12/17/2004 | 51 | MOTION by pltfs to alter or amend judgment (gi) (Entered: 12/20/2004) |
| 12/17/2004 | 52 | MEMORANDUM by pltfs in support of motion to alter or amend judgment [51-1] (w/attachment) (gi) (Entered: 12/20/2004) |
| 12/17/2004 | 53 | MOTION by pltfs for oral argument on mtn to alter or amend (gi) (Entered: 12/20/2004) |
| 12/20/2004 | 54 | ORDER by Judge William J. Haynes Jr. denying motion for oral argument [53-1] (cc: all counsel) (EOD 12/21/04) (jb) (Entered: 12/21/2004) |
| 12/27/2004 | 55 | RESPONSE (BRIEF IN OPPOSITION) by deft TVA to motion to alter or amend judgment [51-1]. (dlt) (Entered: 12/27/2004) |

| | | |
|---|---|---|
| 12/30/2004 | 56 | RESPONSE by Cooperative Defts Middle TN Electric, Appalachian Electr, Caney Fork Electric, Chicasaw Electric, Cumberland Electric, Duck River Electric, Fayetteville Publi, Forked Deer Electr, Fort Loudon Electri, Holston Electric, Meriwhether Lewis, Mountain Electric, Pickwick Electric, Plateau Electric, Powell Valley Elect, Sequachee Valley, Southwest TN Electr, TN Valley Electric, Tri-County Electr, Tri-State Electri, Upper Cumberland Ele, Volunteer Energy, Gibson Electric Mem to motion to alter or amend judgment [51-1] (hv) (Entered: 01/03/2005) |
| 01/14/2005 | 57 | MOTION by pltfs for leave to file Reply to response to Motion to Alter or Amend (with attached Reply with original signature) (hv) (Entered: 01/18/2005) |
| 01/18/2005 | 58 | ORDER by Judge William J. Haynes Jr. GRANTING motion for leave to file Reply to response to Motion to Alter or Amend [57-1] (cc: all counsel) EOD 1/19/05 (hv) (Entered: 01/19/2005) |
| 01/18/2005 | 59 | REPLY by pltfs to response to motion to alter or amend judgment [51-1] (hv) (Entered: 01/19/2005) |
| 07/29/2005 | 60 | ORDER denying [51] Motion to Alter Judgment . Signed by Judge William J. Haynes on 7/29/05. (hv) (Entered: 07/29/2005) |
| 08/11/2005 | 61 | NOTICE of Appeal by Ryan Hargis, John McCarthy, Volunteer Energy Cooperative, Billy Borchert, Stan Cooper, Joe Sliger, Mike Bell, Don Rackley, Terry Motley, Jim Foster (Martin, Gerald) Modified on 8/12/2005 (mk). (Entered: 08/11/2005) |