# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

JOHN MCCARTHY, STAN COOPER, JOE )
SLIGER, MIKE BELL, DON RACKLEY, TERRY )
MOTLEY, BILLY BORCHERT, JIM FOSTER, )
RYAN HARGIS, LEONARD CLARK, PATRICIA )
MOORE, PAUL SANFORD, JOE MOORE, CYNTHIA )
WITHERSPOON, MILDRED FERRELL STRICKLIN, )
JENNIFER L. POTTS, DANNY CROWDER, GENA )
CROWDER, TERRI LOFTIS, MARIE MANNING, )
BOYD MANNING, GRACE HURST, HILDA L. )
LONG, ANTHONY LONG, DEWEY LAWSON, )
ARLENE LAWSON, LARRY LOWE, PATRICIA )
LOWE, RONALD CHURCH and SHARLENE )
CHURCH, on behalf of themselves and all others )
similarly situated, )
        Plaintiffs, )
) Civil Action No. 3040312
vs. )
)
MIDDLE TENNESSEE ELECTRIC MEMBERSHIP ) **JUDGE HAYNES**
CORPORATION, APPALACHIAN ELECTRIC ) **MAGISTRATE JUDGE GRIFFIN**
COOPERATIVE, CANEY FORK ELECTRIC )
COOPERATIVE, INC., CHICKASAW ELECTRIC )
COOPERATIVE, CUMBERLAND ELECTRIC )
MEMBERSHIP CORPORATION, DUCK RIVER )
ELECTRIC MEMBERSHIP CORPORATION, )
FORKED DEER ELECTRIC COOPERATIVE, FORT )
LOUDOUN ELECTRIC COOPERATIVE, GIBSON )
ELECTRIC MEMBERSHIP CORPORATION, )
HOLSTON ELECTRIC COOPERATIVE, INC., )
MERIWETHER LEWIS ELECTRIC COOPERATIVE, )
MOUNTAIN ELECTRIC COOPERATIVE, INC., )
PICKWICK ELECTRIC COOPERATIVE, PLATEAU )
ELECTRIC COOPERATIVE, POWELL VALLEY )
ELECTRIC COOPERATIVE, SEQUACHEE VALLEY )
ELECTRIC COOPERATIVE, SOUTHWEST )
TENNESSEE ELECTRIC MEMBERSHIP )
CORPORATION, TENNESSEE VALLEY ELECTRIC )
COOPERATIVE, TRI-COUNTY ELECTRIC )
MEMBERSHIP CORPORATION, TRI-STATE )
ELECTRIC MEMBERSHIP CORPORATION, UPPER )
CUMBERLAND ELECTRIC MEMBERSHIP )
CORPORATION, VOLUNTEER ENERGY )
COOPERATIVE, AND TENNESSEE VALLEY )
AUTHORITY, )
        Defendants.

## NOTICE OF APPEAL BY NAMED PLAINTIFFS AND CLASS REPRESENTATIVES

Notice is hereby given on this 11th day of August 2005, that counsel for the named Plaintiffs acting on their own behalf and as class representatives, in the above-captioned case, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the District Court's dismissal of Plaintiffs' claims pursuant to its December 2, 2004 Order and Memorandum (Docket Nos. 49 & 50), and the final judgment entered by this Court on July 29, 2005 denying Plaintiffs' Motion to Alter or Amend (Docket No. 59).

        Respectfully submitted,

        /s/Gerald E. Martin 20193
        George Barrett, BPR 2672
        Douglas Johnston, BPR 5782
        Edmund L. Carey, Jr., BPR 12013
        Timothy Miles, BPR 21605
        Barrett, Johnston, and Parsley
        217 2nd Avenue North
        Nashville, TN 37201

        James Stranch
        Branstetter, Kilgore, Stranch & Jennings
        227 2nd Avenue, North
        Nashville, TN 37201

        Attorneys for the Plaintiffs

Robert K. Ballew, Esq.
P.O. Box 462
Blue Ridge GA 30513

John T. Bobo, Esq.
Bobo, Hunt & White
202 Union Planters Bank Building
P.O. Box 169
Shelbyville TN 37162-0169

Mark D. Johnston, Esq.
217 West Market Street
P.O. Box 1326
Dyersburg TN 38025-1326

James N. Point, Esq.
115 East Washington Street
Rogersville TN 38958-3318

James T. Ryal, Jr., Esq.
Adams & Ryal
1309 Main Street
Humboldt TN 38343

David H. Stanifer, Esq.
Stanifer & Stanifer
1735 Main Street
P.O. Box 203
Tazewell TN 37879-0203

Tom O. Wall, Esq.
104 West Andrew Johnson Highway
P.O. Box 349
Jefferson City TN 37760-0349

George Turner Wright, Esq.
Grayson & Wright
410 Main
P.O. Box 51
Mountain City TN 37683-0051

/s/Gerald E. Martin

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Notice of Appeal has been served on the below-listed Filing Users through the Electronic Filing System this the 11th day of August, 2005:

Russell S. Baldwin
J. Richard Lodge, Jr. Esq.
Robert Dale Grimes
Bass, Berry, & Sims PLC
315 Deaderick Street, Suite 2700
Nashville TN 37238-3001
rbaldwin@bassberry.com
dlodge@bassberry.com
dgrimes@bassberry.com

and has been served on the following via U.S. Mail, postage prepaid, this the 11th day of August, 2005:

James C. Cope, Esq.
Murfree, Cope, Hudson, & Scarlett
16 Public Square N.
P.O. Box 884
Murfreesboro TN 37133-0884

John C. Knowles, Esq.
Two West Bockman Way
P.O. Box 6197
Sparta TN 38583-6197

John S. Wilder, Sr., Esq.
Wilder & Saunders
108 East Court Square
Somerville TN 37068-1436

Roger A. Maness, Esq.
Marks, Shell & Maness
233-A Dunbar Cave Road
P.O. Box 1149
Clarksville TN 37041-1149

William Holt Smith, Esq.
209 Tellico Street North
Madisonville TN 37354-1188

John Lee Williams, Esq.
Porch, Peeler, Williams & Thomason
102 South Court Square
Waverly TN 37185-2113

Sidney Ray Seals, Esq.
407 Second Avenue
P.O. Box 5031
Oneida TN 37841-5031

George G. Gray, Esq.
The Gray Law Firm
106 Public Square North
P.O. Box 246
Waynesboro TN 38485-0246


Roger Kenneth Witcher, Jr., Esq.
100 Public Square
P.O. Box 301
Lafayette TN 37083-0301

Jacky Orange Bellar, Esq.
Bellar & Bellar
212 Main Street
P.O. Box 332
Carthage TN 37030-0332

John. Harvey Cameron, Esq.
Lawyers Building
P.O. Box 759
Jasper TN 37347

Frank Lancaster, Esq.
Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville TN 37902-1401

Harriet A. Cooper, Esq.
Tennessee Valley Authority
400 W. Summitt Hill Drive
Knoxville, TN 37902-1499

Thomas C. Doolan, Esq.
Tennessee Valley Authority
400 W. Summitt Hill Drive
Knoxville, TN 37902-1499