```
Thu Aug 11 10:25:33 2005


   UNITED STATES DISTRICT COURT

   NASHVILLE        , TN

Receipt No.   100 106220
Cashier        robbie

Check Number:  106220

DO Code      Div No
 4675          3

Sub Acct Type Tender      Amount
1:086900  N     2        105.00
2:510000  N     2        120.00
3:510000  N     2         30.00

Total Amount        $     255.00

BARRETT JOHNSTON & PARSLEY/CIVIL APPEAL FEE/3:04-0312/CK# 24630




n&%DF
```