**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

CHERYL BORKOWSKI
(513) 564-7035
(FAX) 564-7094
www.ca6.uscourts.gov

Filed: December 19, 2006

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

DEC 22 2006

DEPUTY CLERK

Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

RE: 05-6477
McCarthy vs. Middle TN Electric
District Court No. 04-00312

Enclosed is a copy of the mandate filed in this case. The certified record was never sent to this Court on appeal.

Very truly yours,
Leonard Green, Clerk

(Ms.) Cheryl Borkowski
Case Manager

cc:
Mr. Gerald E. Martin
Mr. James G. Stranch III
Mr. James C. Cope
Mr. John R. Lodge Jr.
Mr. John C. Knowles
Mr. John S. Wilder Sr.
Mr. Roger A. Maness
Mr. W. Holt Smith
Mr. Sidney R. Seals
Mr. J. Harvey Cameron
Mr. George G. Gray
Mr. Roger Kenneth Witcher
Mr. Jacky Orange Bellar
Ms. Harriet A. Cooper

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 05-6477

Filed: December 19, 2006

JOHN MCCARTHY, et al

    Plaintiffs - Appellants

v.

MIDDLE TENNESSEE ELECTRIC MEMBERSHIP CORPORATION; et al

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 10/17/06 the mandate for this case hereby issues today.

| | |
|---|---|
| | A True Copy |
| COSTS: NONE | Attest: |
| Filing Fee ....... $ | |
| Printing ......... $ | |
| Total ......... $ | _____ Deputy Clerk |

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
Deputy Clerk